IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-411-BO-KS

ROBERT JOSEPH WALKER )
)
Plaintiff, )
)
v. )
) O R D E R
CENESS LUTHER TAYLOR, )
TERESA BAILEY BOGDANOW )
TAYLOR, and KATHRYN JOHNSTON )
TART, )
)
Defendants. )

This cause comes before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Robert T. Numbers. [DE 23]. Magistrate Judge Numbers recommends defendant Kathryn Johnston Tart's motion to dismiss for failure to state a claim [DE 19] be granted and plaintiff's motion for preliminary injunction [DE 11] be denied. No party has filed an objection to the M&R, and the time for doing so has expired.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On

clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 23] is ADOPTED in full. Defendant Kathryn Johnston Tart's motion to dismiss for failure to state a claim [DE 19] is GRANTED and plaintiff's motion for preliminary injunction [DE 11] is DENIED.

SO ORDERED, this __10__ day of March 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2